JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS ESTRADA, JR., | ) | Case No. CV 06-7217-SVW (OP) |
| | ) | J U D G M E N T |
| Petitioner, | ) | |
| vs. | ) | |
| RICHARD KIRKLAND, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Final Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: September 18, 2008

_____
HONORABLE STEPHEN V. WILSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge